**COM.**

v.

**PICKENS, E.**

**2532 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

MC–51–CR–0010578–2016 (Philadelphia)

Vacated/Remanded

■

**COM.**

v.

**CHILDS, C.**

**2609 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–23–CR–0005497–2012 (Delaware)

Affirmed

■

**COM.**

v.

**FLUELLEN, J.**

**2694 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–23–CR–0006373–2014 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

■

**CF SBC UST 3, LLC**

v.

**CEDENO, J.**

**3054 EDA 2016**

Superior Court of Pennsylvania.

05/24/2017

March Term, 2012 No. 02454 (Philadelphia)

Affirmed

■

**COM.**

v.

**JONES, K.**

**515 MDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–22–CR–0006709–2014 (Dauphin)

Affirmed

■

**COM.**

v.

**SHOWALTER, L.**

**1049 WDA 2016**

Superior Court of Pennsylvania.

05/24/2017

CP–05–CR–0000132–2013, (Bedford)

Remanded Jurisdiction Retained